UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK L. McDOWELL, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:05-CV-704 RWS |
| S.C.C.C. STATE AGENTS, et al., | ) | |
| Defendants. | ) | |

## ORDER OF TRANSFER

**IT IS HEREBY ORDERED** that the instant action is **TRANSFERRED** to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 1406(a).

Dated this 26th day of May, 2005

_____
**UNITED STATES DISTRICT JUDGE**